JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | EDCV 24-1010 JGB (DTBx) | Date | July 10, 2024 |
| Title | *Darwin Boggs v. Ardent Foods, Inc., et al.* | | |

Present: The Honorable    JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE

| MAYNOR GALVEZ | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**    Order DISMISSING Action for Lack of Prosecution (IN CHAMBERS)

    On May 14, 2024, plaintiff Darwin Boggs ("Plaintiff") filed a complaint against defendants Ardent Foods, Inc. ("Defendant Ardent"), Juliwu Investments, LLC, and Does 1 through 10. ("Complaint," Dkt. No. 1.) On May 30, 2024, this Court ordered Plaintiff to show cause why the Court should exercise supplemental jurisdiction over his state law claims. ("OSC," Dkt. No. 10.)

    On June 7, 2024, Plaintiff timely filed a response. (Dkt. No. 11.) On June 6, Plaintiff timely served Defendant Ardent with a summons and the Complaint. (Dkt. No. 12.) On June 14, 2024, this Court declined to exercise supplemental jurisdiction, dismissed Plaintiff's state law claims, and ordered Plaintiff to file a notice of intention to proceed or voluntarily dismiss the action. (Dkt. No. 13.) On June 24, 2024, Plaintiff timely filed a notice of intent to proceed with the action. ("Notice of Intent," Dkt. No. 14.)

    As of the date of this order, Plaintiff has not served Juliwu Investments, LLC. Absent a showing of good cause, an action must be dismissed without prejudice if the summons and complaint are not served on a defendant within 90 days after the complaint is filed. Fed. R. Civ. P. 4(m). Nor has Defendant Ardent answered or otherwise responded to the Complaint. Generally, defendants must answer the complaint within 21 days after service (60 days if the defendant is the United States). Fed R. Civ. P. 12(a)(1). Here, Defendant Ardent's answer was due on or before Thursday, June 27, 2024. As of the date of this order, Plaintiff has not requested the Clerk enter default against Defendant Ardent.

In its OSC, the Court advised Plaintiff that (1) proofs of service for all defendants must be filed within 90 days of the filing of the Complaint, and (2) requests for default must be filed no later than 7 days after the time the response to the Complaint was due. (See OSC.) The Court made clear that failure to comply with either of those requirements "will result in dismissal of the action in its entirety and/or the defendant that is the subject of the required proof of service, request for default, or motion for default judgment." (Id.)

Accordingly, the Court **DISMISSES** the action **WITHOUT PREJUDICE**. The Clerk is directed to close the case.

**IT IS SO ORDERED.**